UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>        )<br>v. )<br>        )<br>HERBERT WHALEN, )<br>a/k/a "Bert Whalen" )<br>       Defendant. ) | Criminal Number:  2:19-cr-00839-MCA |

## **ORDER GRANTING MOTION FOR APPROVAL OF SUBPOENAS**

The Defendant has filed a motion for Court approval of subpoena documents to be issued to Indianapolis Power and Light Company and Citizens Energy Group. For the reasons in the motion, the Court finds that the subpoenas meet the standard for Rule 17(c) subpoenas, and GRANTS the motion.

Therefore, it is ORDERED that the Clerk issue the Defendant's proposed subpoenas. The Defense SHALL BE responsible for proper service. SO ORDERED.


DATED:_____

                                          The Hon.
                                          United States District Court
                                          District of New Jersey


Distribution to counsel of record via CM/ECF