UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | Criminal Number: 2:19-cr-00839-MCA |
| ) | |
| HERBERT WHALEN,  ) | |
| a/k/a "Bert Whalen"  ) | |
|     Defendant.  ) | |

**ORDER GRANTING MOTION FOR APPROVAL OF SUBPOENAS**

The Defendant has filed a motion for Court approval of subpoena documents to be issued to Indianapolis Power and Light Company and Citizens Energy Group. For the reasons in the motion, the Court finds that the subpoenas meet the standard for Rule 17(c) subpoenas, and GRANTS the motion.

Therefore, it is ORDERED that the Clerk issue the Defendant's proposed subpoenas. The Defense SHALL BE responsible for proper service. SO ORDERED.

DATED: 1/25/21

The Hon. Madeline Cox Arleo
United States District Court
District of New Jersey