DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HERBERT WHALEN,<br>a/k/a "Bert Whalen"<br><br>Defendant(s). | Criminal No. 2:19-cr-00839-MCA<br><br>**SENTENCING SUBMISSION NOTICE** |

Please be advised that, on this date, sentencing materials were submitted to the Court in this case concerning the defendant.                                                                 .

Date:
2-7-25

Respectfully submitted,

/s/ John L. Tompkins
John L. Tompkins, #19597-49
Attorney for Defendant