UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: 2/11/25

JUDGE: HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

PROBATION OFFICER: Michelle Siedzik

Docket No. 19-cr-839(MCA)

Title of Case: U.S.A. v. HERBERT WHALEN

Appearances:   Ari Fontecchio AUSA, for the Government
John Tompkins, Esq., for defendant WHALEN

**Nature of Proceedings:**   Sentencing

Conference held.
Defendant present.
Sentence: 41 months incarceration
Supervised Release: 3 years
Special Conditions:
1. Alcohol/drug testing and treatment
2. Financial disclosure
3. New debt restrictions
4. Motor vehicle compliance
5. Self-employment/business disclosure
6. Supporting dependents
7. No contact with any victims in this case

Special Assessment: $100.00
Restitution: Order to be submitted by 4/14/25
Fine: $5,000.00
Defendant advised of right to appeal.
Counts 2,3,4 of the Indictment are dismissed.
Ordered surrender date to be set by the BOP.

Time Commenced 2:15 p.m.                Time Adjourned: 3:15 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk